### FARHNI *v.* RAMSEE.

This Court will not presume that a note was made beyond its jurisdiction.

But even where the note was made in a foreign country, our laws, when appealed to for its enforcement, *prima facie*, furnish the rule of decision, unless by affirmative pleading, another rule is shown to be applicable.

APPEAL from the *Fountain* Common Pleas.

HANNA, J.—Suit on a note which has, at the end of it, these words, "*Berne*, June 18, 1856."

Complaint in the ordinary form. Demurred to, and the demurrer sustained.

We are not apprised of the ground upon which the Court placed its ruling. There is no brief for the appellee.

We will not presume that the note was executed beyond our jurisdiction. *Franklin* v. *Thurston*, 8 Blackf. 160. *Hutchins* v. *Hanna*, 8 Ind. 533. But even if the contract had been made in a foreign country, our own laws, when our Courts are appealed to, *prima facie*, furnish the rule of decision, unless, in some instances, where a different rule or law can be pleaded, the benefit of which is desired. *Shaw* v. *Wood*, 8 Ind. 518.

*Per Curiam.*—The judgment is reversed, with costs. Cause remanded.

*Tyler* and *Ristine*, for the appellant.